5-21CV0108-C

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

**Official Use Only**

| Case Number | Judge | Magistrate Judge |
|---|---|---|
| R-562021-Pre | 2021 MAY 11 AM 9:59 | |

DEPUTY CLERK ________

4282021-14th

PRISONER CIVIL RIGHTS COMPLAINT

Request Trial By Jury

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

**Plaintiff's Information**

Name: DANIEL RAY GARCIA

Prisoner No.: 10803

Place of Confinement: GAINES COUNTY JAIL

| Street | City | State | Zip Code |
|---|---|---|---|
| 305 E AVE. A | Seminole | TX | 79360 |

Are there additional plaintiffs? ☐ Yes ☒ No

*If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide names, prisoner numbers and addresses for all plaintiffs.*

**Defendant's Information**

Name: MATTEW B. ZALEWSKI

Position: SEAGRAVES, TX. 79359 FORMER POLIC OFFICER

| Street/P.O. Box | City | State | Zip Code |
|---|---|---|---|
| 6530 Virginia Parkway Apt. 110 | Mckinny | TX | 75071 |

Are you suing this defendant in his/her: ☒ Personal Capacity ☐ Official Capacity ☐ Both Capacities

Are you suing more than one defendant? ☒ Yes ☐ No

*If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.*

# Additional defendant

| 2 name | Position |
| --- | --- |
| City of Seagraves | City Hall 'mayer' "Charles evans" |

P.O. Box 37 Seagraves, TX, 79359

are you Suing This defendant in her; Both Capacities

~~page~~

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☑ Yes ☐ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| | |
|---|---|
| Docket or Case Number: | all in Northor District Files |
| Name of Court: | Northern District of Lubbock TX |
| Parties (Caption or Name of Case): | Court officals, Jail officals, Cop, Judges |
| Disposition: | Some pending till this Day, Some Dissmis on my request |

| | |
|---|---|
| Docket or Case Number: | |
| Name of Court: | |
| Parties (Caption or Name of Case): | |
| Disposition: | |

| | |
|---|---|
| Docket or Case Number: | |
| Name of Court: | Dates from July 2019 till now 4/28/2021 |
| Parties (Caption or Name of Case): | |
| Disposition: | |

***Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.***

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

Mathew Zalewski is a Ex Cop in Seagraves, Tx, Gaines County. on 4/29/2019, Daniel Ray Garcia Plaintiff was in a shot out with This Cop I Did This in Self Defense, the Cop followed me 8 or 9 Block which I Did not no at The time to get Behind me a pull his gun out for no reson he was racial Profiling he say I had warrants But that no true I Been Pro se on This Case I Been in Jail for 2 years. Since Then my 4th 5th 6th 8th 14th Amendment of the United States Constitution has Been violated this Cop shot me in violation of my 4th amendment right he had no Probable Cause to Pull his Gun out on me thus This escalated to a Shot out in fear for my life and I acted in self Defense. The State will show you what video they have in favor to them to make it look like.

Page 1

## III. RELIEF

State briefly and exactly what you want the Court to do for you.

I want the Court to Grant me 2 million from The Bad Cop and 10 million from The City of Seagraves Tx 79359 and give me A trial with a Jury In This Civil Action.

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Executed (signed) on 4-28-221 (date).

[signature]

Signature of Plaintiff

II. STATEMENT OF FACTS

the Cop Did nothing wrong I Send Exhibits showing The Cop Suffered form P.T.S.D That he was on Administrative Probation for 6 months 4 months Before I got shot By him. the State will Just Send you Evedance in There Favor, I will prove The Corrupt Cop was Racial Profiling he Did not like Blacks or mexicans. Iv ask for The TCole report on this County on racial Profiling They have never reported I Send Exhibit Show There was a Body warn Camra whic Iv requested to the Court and say there was not one. this Bad Cop violated my 4th amendmend of The United States Constitution. By pulling his gun out on me for no reson and Excalade in me using Self Defense under Texas P.C. 9.31 (b)(2)(c)(2) there is a witness if you se video of shoting. Befor The shoting at on watch Gard Dash Cam video on 711 at 13:22:00 on or about. her name is Daisy albeda 802 8th st Seagraves Tx 79359 She is a witness in Case 19-5086 and will Be a witness in This Civil Action. 4282021-14TH, And Seagraves is Be Sued for excessive force Used by The Seagraves Police officer Matthew Zalewski Police I.D. 445629 from TCole. the City of Seagraves and This police officer in this case the Police Department and The City hired The Bad Cop are negligent in hiring This Cop. a brief background check for P.T.S.D like the City Police Department requires. The check would have revealed That there was strong likelihood, based on The Cop past behavior, That he would routinely use excessive force. as he had Done in the past.

Daniel Garcia

[signature]

305 E Ave A

Seminole TX 79360



Exhibit-1

Chief Brent Grundstrom
SEAGRAVES POLICE DEPARTMENT

246 Main Street
PO Box 545
Seagraves, TX 79359

Phone (806) 387-2551
Fax (806) 387-3118

error 2019

January 10, 2018

Sergeant Matthew Zalewski
1109 N. Avenue D
Denver City, TX 79323

Matthew, due to the recent events that occurred on the evening of December 6th, 2018 in Denver City, I'm compelled to take the following disciplinary action.

- As of this date, you will be placed on an Administrative Probationary period of six (6) months. During this period all interactions (both on duty and off) with citizens will be subject to examination for adherence to City, State, and Federal laws as well as City and Department Policies and alignment with Department Code of Conduct. Any violations of these terms will subject you to additional disciplinary action, up to and including termination.

- Your actions on December 6th, 2018 involving a pursuit of a traffic offender outside jurisdictional lines in your personal automobile in which your juvenile daughter was a passenger reflected bad judgment on your part that endangered yourself, your daughter, other members of the public, and the subject of the pursuit. As Peace Officers, we are held to a high level of public scrutiny that is even more applicable to an officer of high rank. Your decision to take the aforesaid actions causes me to question my confidence in you and of your ability to make solid decisions as a Sergeant and second in command of this Department.

- The Denver City Police Department seriously considered filing the following two (2) criminal charges against you:
  - TX PC §39.03 Official Oppression – Class A Misdemeanor
  - TX PC §22.041(c). Abandoning or Endangering Child – State Jail Felony

- If either one or both charges had been filed and had led to conviction(s), your Texas Peace Officer's License would have been revoked. After many discussions with the Denver City Department, they decided not to pursue either of the charges, and I feel as though my efforts were to assist you professionally as well as to preserve the public's opinion of and confidence in this Department.

- After much consideration, effective immediately, you are demoted from the rank of Sergeant to Officer. Any and all seniority or other incentives you may have obtained for purposes of promotion since you were previously promoted to Sergeant shall be considered null and void.

- It is my hope and desire that you reflect on this situation and use it as a learning experience. I anticipate it will encourage you to make better decisions and to interact with citizens hereafter in a more positive manner.

Brent Grundstrom

Chief Brent Grundstrom

witnesses
Denver City Police Department
and
victam in This incedant
Abel Gonzales
work Address |
Pate Trucking Inc.
1902 Plains Hwy
Denver City Tx 79323
# 806-592-2772



ERWIN A. CRUZ M.D.
Clinical Professor of Neurology and Neurotherapeutics at UT Southwestern Medical Center
Diplomate, American Board of Neurology
Diplomate, American Academy of Pain Management
Neurophysiology Fellow

EXHIBIT-2

**PATIENT NAME:** ZALEWSKI, MATTHEW
**DATE:** 9-10-19
**CHART#:** 81270
**DATE OF BIRTH:** 10-28-85
**DATE OF INJURY:** 4-29-19
**REQUESTED BY:** Dr. Kerry Inzer

**DIAGNOSIS:** Status post multiple gunshot wounds to left scapulae, biceps, median forearm (ulna), left leg and chest.

Dear Dr. Inzer, I would like to complete the neurologic consultation on Matthew Zalewski. Besides doing his electrodiagnostic testing today, I was asked to evaluate some other non-peripheral neuromuscular symptoms related to the same trauma the patient sustained back on 4-29-19, when he was a victim of multiple gunshot wounds to the left scapulae, biceps area, ulnar, median forearm, ulnar hand and fingers.

**S:** The patient said that since April, nobody has really taken care of the rest of his symptoms. At the time he was in a shootout with a suspect, he tried to crash his car against the suspect and sort of whiplashed his neck, and ever since his neck has been stiff and with pain all the time, more on the left side and with intermittent paresthesias into both upper extremities (left greater than right). (See electrical study results.). He also complains of CNS type symptoms, including frequent headaches which are pounding with photo and sono-sensitivity, irritability, weakness, memory loss, confusion, problems with attention span, stuttering, slurred speech, blurred vision, memory issues. He has gotten lost, indeed. He has nightmares, panic attacks from bad dreams, startling, anxiety. He has been in the military in the past, but he was never diagnosed to have PTSD and never had these symptoms before. Other than that, everything else is on my previous evaluation.

Contradict Exhibit 2 and Exhibit 3

**REVIEW OF SYSTEMS:** Please see full review of systems sheet attached.

**O:** Today, the patient walked into the examining room to proceed with electrical studies, but as part of his neurological examination I see a patient who is very cooperative, very calm, no overt signs of neglect or symptoms magnification, mild depressed mood and flat affect. A little apprehension is noted, a little slurred speech from time to time and word finding difficulty noted. However, speech is of normal volume and rate. He is coherent and engages in the evaluation, very cooperative. He is not distracted. He is not irritable. He is alert and oriented times three. Cognitive, intellectual and behavioral functions were tested throughout the interview and examination, as above. MMSE to follow.

6

Patient Name: ZALEWSKI, MATTHEW B
DOB: 10/28/1985 AGE: 34 years SEX: Male

Medical Record Number: 126-53-04
Financial Number: 13251091

## Discharge Documentation

DOCUMENT NAME: Discharge Summary
SERVICE DATE/TIME: 4/30/2019 15:23 CDT
RESULT STATUS: Modified
PERFORM INFORMATION: Clare Nguyen,M.D.(4/30/2019 15:25 CDT)
SIGN INFORMATION: Catherine A.Ronaghan,M.D.,FACS (4/30/2019 19:54 CDT); Clare Nguyen,M.D.(4/30/2019 17:32 CDT); Clare Nguyen,M.D.(4/30/2019 17:29 CDT)

EXHIBIT-3

## UMC Discharge Summary*

Patient: **ZALEWSKI, MATTHEW B** **MRN: 126-53-04** **FIN: 13251091**
Age: **33 years** Sex: **Male** DOB: **10/28/1985**
Associated Diagnoses: **None**
Author: **Clare Nguyen, M.D.**

**Discharge Information:**
**Discharge Summary Information:**

**Admission Date:** 04/29/19 21:07 .
Attending Physician: Robyn Richmond, M.D..
Resident Physician: Clare Nguyen, M.D..

**Hospital Course:** 33 yo M who presents as a level 1 s/p GSW to the LUE on 4/29/19. Pt was a police officer on duty who attempted to pull over a suspect who then fled. Patient followed in pursuit until the suspect stopped and opened fired on him. Pt reports he was hit several times to the LUE. Arrived by EMS, HD stable & GCS 15. C/o pain but no neurologic symptoms to LUE.

CT left shoulder shows intraparenchymal hemorrhage within the left-sided triceps muscle that measures 6 x 6 x 12 cm in size and no fracture or dislocation. X-rays of left arm and left shoulder negative for fractures. His left arm tricep hematoma was pressure wrapped which stopped the bleeding.

Contradict Exhibit 2 and 3

Patient was neurovascularly intact on his left arm the following day as well. He reports having previous posttraumatic stress sustained while serving in Iraq. However was able to "get it under control" and served a second tour in Afghanistan. Psychologist Dr. Friedman evaluated patient and notes anxiety levels seem normative given the events. Dr. Friedman recommended patient have low dose clonazepam on discharge for short period. Patient to follow up with PCP for continued care of his acute stress disorder and referral to psychologist if necessary..

**History of Present Illness**
Admission Diagnosis: Work related injury, Unspecified multiple injuries, initial encounter, Civilian activity done for income or pay, Arm gunshot wound.
Discharge Diagnosis: Work related injury, Unspecified multiple injuries, initial encounter, Civilian activity done for income or pay, Arm gunshot wound.

**Consults**

| Title of Investigation: GARCIA, Daniel Ray | Investigation Number: 781045-19-0130 | Report Number: 2 |
|---|---|---|

4

bearing Texas registration LRC3848. Lieutenant Spain located two (2) cellular telephones inside of the vehicle that were turned over to Ranger Eaton. The driver's seat had a substantial quantity of blood on it, which was photographed by Ranger Eaton. A thorough search of the vehicle did not lead to anything else of evidentiary value being recovered.

8. TFO Fish, Lieutenant Spain, and Ranger Eaton then searched Sergeant Zalewski's Seagraves Police Department marked, slick-top Tahoe. There were numerous bullet holes in the windshield, door, and driver's side window of Zalewski's vehicle. A thorough search of the vehicle lead to the recovery of eight (8) spent 9mm shell-casings fired by Sergeant Zalewski and numerous fragments of projectiles that were fired by GARCIA at Zalewski during this incident.

9. TFO Fish observed a fragment of a projectile stuck in the housing on the driver's side spotlight of Zalewski's vehicle.

10. A review of Sergeant Zalewski's body armor showed that there was one (1) strike indicated of a round striking the exterior of the armor carrier without penetrating. The casing of said round was recovered by a Texas Ranger on April 29th, 2019. TFO Fish and Ranger Eaton checked the vest but did not locate the projectile that separated from the jacket. TFO Fish picked-up Zalewski's radio and observed that the radio had been shot and that the spent projectile was still contained inside of the radio.

11. TFO Fish and Lieutenant Spain were able to get the radio apart, remove the projectile, and turn the spent projectile over to Ranger Eaton.

12. Additional spent projectiles and fragments were recovered from the passenger compartment, the driver's side door, driver's side spotlight, and the rear canine compartment of the vehicle.

13. At the request of Ranger Eaton and the Seagraves Chief of Police TFO Fish took custody of Zalewski's AR-15 pistol and WatchGuard Body-Worn Camera (BWC) from Ranger Eaton and transported them to Seagraves. TFO Fish turned the AR-15 pistol and BWC over to Chief Brent Grundstrom. Both Ranger Eaton and Chief Grundstrom signed an ATF transfer of property form.

14. Case continues.

Need Body Cam
it show there was one

**ATTACHMENTS:**
ATF Transfer of Property form x2




22 Exhibit - 5

# SEAGRAVES POLICE DEPARTMENT

246 Main Street
Seagraves, Texas 79359
(806) 387-2551
*Police Chief Brent J. Grundstrom*

Date: 10/05/2017

To:
Matthew Zalewski

City of Seagraves
libel

From:
Chief Brent Grundstrom

Subject:
Employment Offer Letter

Matthew,
This letter serves as our (City of Seagraves Police Department) intent to hire you for the position of Police Officer. The salary we are offering for the position shall be $40,000.00 per year, and paid on an hourly basis. I will attempt to obtain approval for city time of service to be restored to you. Normal city benefits will also be made available per city policies. I ask that any and all of this information be held confidential, and not disclosed to any other employee of the city. I would like to welcome you back, and hope the position meets your expectations.

Respectfully,

Chief Brent Grundstrom

Date: 10/7/2017

# EMPLOYMENT AT WILL STATEMENT

Nothing contained in this policy manual or in any other materials or information distributed by the City of Seagraves creates a contract of employment between an employee and the city. Employment is on an at-will basis. This means that employees are free to resign their employment at any time, for any reason, and the city retains that same right. No statements to the contrary, written or oral, made either before or during an individual's employment can change this. No individual supervisor, manager or officer can make a contrary agreement except for the City Council, and even then, such an agreement must be set forth in a written employment contract with the employee, signed by the Mayor.

Seagraves Mayor Lible

The policies in this manual are intended for all employees of the City of Seagraves, its divisions and subsidiaries. The city reserves the right to revise, change, or terminate policies or procedures at any time, with or without notice.

I____ hereby acknowledge and accept this "At Will" Statement as a condition of my employment with the City of Seagraves. I understand that this statement, when signed by me, will supersede any other arrangement or condition of my employment with the City of Seagraves.

SIGNED: [signature] 3k, 70c

12 / 14 / 18 this date.

to be placed in the employee permanent file

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES — THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. — ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

Exhibit 7

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

**1. NAME** (Last, First, Middle): ZALEWSKI, MATTHEW BRADLEY

**2. DEPARTMENT, COMPONENT AND BRANCH:** ARMY/RA

**3. SOCIAL SECURITY NUMBER:** [redacted]

**4a. GRADE, RATE OR RANK:** SPC

**b. PAY GRADE:** E04

**5. DATE OF BIRTH** (YYYYMMDD): 19851028

**6. RESERVE OBLIGATION TERMINATION DATE** (YYYYMMDD): 00000000

**7a. PLACE OF ENTRY INTO ACTIVE DUTY:** DALLAS, TEXAS

**b. HOME OF RECORD AT TIME OF ENTRY** (City and state, or complete address if known): 2557 THOMPSON CIR APT 194 ARLINGTON TEXAS 76006

**8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND:** 050020INHHC SBCT FC

**b. STATION WHERE SEPARATED:** JB LEWIS-MCCHORD, WA 98433-9500

**9. COMMAND TO WHICH TRANSFERRED:** N/A

**10. SGLI COVERAGE** NONE [ ] AMOUNT: $ 400,000.00

**11. PRIMARY SPECIALTY** (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)
11B10 INFANTRYMAN - 4 YRS 7 MOS//NOTHING FOLLOWS

| 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 2010 | 01 | 27 |
| b. SEPARATION DATE THIS PERIOD | 2014 | 12 | 21 |
| c. NET ACTIVE SERVICE THIS PERIOD | 0004 | 10 | 25 |
| d. TOTAL PRIOR ACTIVE SERVICE | 0003 | 04 | 19 |
| e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| f. FOREIGN SERVICE | 0000 | 06 | 19 |
| g. SEA SERVICE | 0000 | 00 | 00 |
| h. INITIAL ENTRY TRAINING | 0000 | 00 | 00 |
| i. EFFECTIVE DATE OF PAY GRADE | 2006 | 10 | 01 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** (All periods of service)
AFGHANISTAN CAMPAIGN MEDAL W/ CAMPAIGN STAR //IRAQ CAMPAIGN MEDAL W/ TWO CAMPAIGN STARS //ARMY COMMENDATION MEDAL (2ND AWARD)//ARMY ACHIEVEMENT MEDAL (4TH AWARD)//ARMY GOOD CONDUCT MEDAL (2ND AWARD)//NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//NON//CONT IN BLOCK 18

**14. MILITARY EDUCATION** (Course title, number of weeks, and month and year completed)
INFANTRYMAN CRS, 6 WEEKS, 2010//WARRIOR LEADER CRS, 4 WEEKS, 2010//NOTHING FOLLOWS

| | YES | NO |
|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | X |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec 2107b) | | X |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: NA ) | | X |

**16. DAYS ACCRUED LEAVE PAID** 7.5

**17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION** YES [ ] NO [X]

**18. REMARKS** ////////////////////////////////////////////////////////////
IMMEDIATE REENLISTMENTS THIS PERIOD -- 20120627-20141221//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN AFGHANISTAN 20130110-20130728//DISABILITY SEVERANCE PAY -- [redacted]//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//CONT FROM BLOCK 13: COMMISSIONED OFFICER PROFESSIONAL DEVELOPMENT RIBBON//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON (2ND AWARD)//NATO MEDAL//COMBAT INFANTRYMAN BADGE//EXPERT INFANTRYMAN BADGE//DRIVER AND MECHANIC BADGE W/DRIVER-WHEELED VEHICLE(S) CLASP//NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

**19a. MAILING ADDRESS AFTER SEPARATION** (Include ZIP Code): 1109 N. AVE D DENVER CITY TEXAS 79323

**b. NEAREST RELATIVE** (Name and address - include ZIP Code): ALONDRA BANUELAS 1109 N. AVE D DENVER CITY TEXAS 79323

**20. MEMBER REQUESTS COPY 6 BE SENT TO** (Specify state/locality) CO OFFICE OF VETERANS AFFAIRS — X YES [ ] NO

**a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC)** — X YES [ ] NO

**21.a. MEMBER SIGNATURE:** ESIGNED BY: ZALEWSKI.MATTHEW.BRADLEY.1280512733

**b. DATE** (YYYYMMDD): 20141112

**22.a. OFFICIAL AUTHORIZED TO SIGN** (Typed name, grade, title, signature): ESIGNED BY: HARRIS.DORLISE.J.1048194091 DORLISE J HARRIS, GS09, CHIEF TRANSITION CTR

**b. DATE** (YYYYMMDD): 20141112

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

**23. TYPE OF SEPARATION:** DISCHARGE

**24. CHARACTER OF SERVICE** (Include upgrades): HONORABLE

**25. SEPARATION AUTHORITY:** AR 635-40, CHAP 4

**26. SEPARATION CODE:** JEB

**27. REENTRY CODE:** 3

**28. NARRATIVE REASON FOR SEPARATION:** DISABILITY, SEVERANCE PAY, NON-COMBAT (ENHANCED)

hap PTSD

**29. DATES OF TIME LOST DURING THIS PERIOD** (YYYYMMDD): NONE

**30. MEMBER REQUESTS COPY 4** (Initials): MBZ

DD FORM 214, AUG 2009 — PREVIOUS EDITION IS OBSOLETE. — MEMBER - 4

GENERATED BY TRANSPROC

Daniel Garcia
305 E Ave A
Seminole TX 79360
Legal Mail Sent
5-7-2021
INMATE CORRESPONDENCE
RECEIVED
MAY 11 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
PURPLE HEART
FOREVER USA
FOREVER USA
PURPLE HEART
United State
District Court
209
Texas Ave Room 209
Lubbock TX 79401